# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Great American Insurance Company,
           Plaintiff(s)

V.

Monica Gomez; Coronel, Inc. dba Dealer's Direct,
           Defendant(s)

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv32-IEG(CAB)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that Default Judgment is entered against defendants Monica Gomez and Coronel, Inc. dba Dealer's Direct in the sum certain amount of $50,000.00 pursuant to Federal Rules of Civil Procedures Rule 55(b)(1). The Clerk's Entry of Default against Defendants was filed on May 11, 2009............................................................................................

August 3, 2009
Date

W. Samuel Hamrick, Jr.
Clerk

(By) J. Haslam
Deputy Clerk

ENTERED ON August 3, 2009

09cv32-IEG(CAB)